UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MARTIN WILLIAMS,<br>    Petitioner,<br>    v.<br>UNKNOWN,<br>    Respondents. | Case No. 8:18-cv-1197-DSF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: 8/8/18.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE